PER CURIAM.
Affirmed. City of Boca Raton v. Mattef, 91 So.2d 644 (Fla.1956) (en banc); Stewart v. Texas Co., 67 So.2d 653 (Fla.1953); Florida Power and Light Co. v. Lively, 465 So.2d 1270 (Fla. 3d DCA) (en banc), pet. for review denied, 476 So.2d 674 (Fla.1985); Dougherty v. Hernando County, 419 So.2d 679 (Fla. 5th DCA 1982); Zipkin v. Rubin Construction Co., 418 So.2d 1040 (Fla. 4th DCA 1982); Marks v. Delcastillo, 386 So.2d 1259 (Fla. 3d DCA 1980); State ex rel. Boyles v. Sinter, 363 So.2d 357 (Fla. 1st DCA 1978).